IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

v.

19-CR-166-LJV

ADRIANO ROBERTO NUNEZ,

Defendant.

## INFORMATION
(Title 18, United States Code, Sections 111(a) and 111(b))

### COUNT 1
(Assaulting a Federal Officer Inflicting Bodily Injury)

**The United States Attorney Charges That:**

On or about June 3, 2019, in the Western District of New York, the defendant, **ADRIANO ROBERTO NUNEZ**, did knowingly and willfully forcibly assault, resist, oppose, impede, intimidate and interfere with a federal officer employed by the United States Department of Homeland Security, Customs and Border Protection, who was engaged in the performance of his official duties, and during the commission of such acts, did inflict bodily injury upon the federal officer.

**All in violation of Title 18, United States Code, Sections 111(a) and 111(b).**

DATED: Buffalo, New York, September 10, 2019.

JAMES P. KENNEDY, JR.
United States Attorney

BY: _____
JOHN D. FABIAN
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716-843-5819
john.fabian@usdoj.gov