UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

        v.

ADRIANO NUNEZ,

        Defendant.
_____

19-CR-166-LJV

NOTICE OF MOTION

| | |
|---|---|
| **MOTION BY:** | Carla Benz, Assistant Federal Public Defender |
| **DATE, TIME & PLACE:** | Before the Honorable Lawrence J. Vilardo, United States District Court Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, **on a date and a time to be set by the Court.** |
| **SUPPORTING PAPERS:** | Affirmation of Assistant Federal Public Defender Carla Benz, dated April 22, 2020 |
| **RELIEF REQUESTED:** | Relieve the Federal Defender's Office and assign new counsel. |
| **DATED:** | Buffalo, New York, April 22, 2020 |

        **/s/  Carla Benz**
        Carla Benz
        Assistant Federal Public Defender
        Federal Public Defender's Office
        300 Pearl Street, Suite 200
        Buffalo, New York 14202
        (716) 551-3341
        Carla_benz@fd.org
        *Counsel for Adriano Nunez*

**TO:**    John Fabian
          Assistant United States Attorney
          Western District of New York
          138 Delaware Avenue, Federal Centre
          Buffalo, New York 14202

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | 19-CR-166-LJV |
| v. | |
| | **AFFIRMATION** |
| ADRIANO NUNEZ, | |
| Defendant. | |

_____

**CARLA BENZ,** affirms under penalty of perjury that:

1. I am an Assistant Federal Public Defender for the Western District of New York and was assigned to represent the above-named defendant, Adriano Nunez.

2. Recently there has been a complete breakdown in communication between Mr. Nunez and myself. Efforts were made to rebuild the attorney/ client relationship, but those efforts have failed.

3. At this time, the relationship is irreparable and defense counsel respectfully asks that this Honorable Court relieve the Federal Defender's Office of representation and assign Mr. Nunez new counsel.

**DATED**:		Buffalo, New York, April 22, 2020

					Respectfully submitted,

					**/s/  Carla Benz**
					Carla Benz
					Assistant Federal Public Defender
					Federal Public Defender's Office
					300 Pearl Street, Suite 200
					Buffalo, New York 14202
					(716) 551-3341, (716) 551-3346 (Fax)
					carla_benz@fd.org
					*Counsel for Adriano Nunez*