Reset Form

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                                              19-___-CR-166

**ADRIANO ROBERTO NUNEZ**

Defendant.

### ORDER REGARDING USE OF VIDEO OR TELECONFERENCING FOR FELONY PLEAS AND/OR SENTENCINGS

In accordance with the General Order issued on March 30, 2020, this Court finds:

[✓] That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

[✓] That the proceeding(s) to be held today cannot be further delayed without serious harm to the interests of justice, for the following specific reasons: The defendant is eligible for a split sentence and does not want to delay any further. The defendant does not want to risk contracting Covid or be quarantined, both of which would result from coming to court.

Accordingly, the proceeding(s) held on this date may be conducted by:

[✓] Video Teleconferencing

[ ] Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

[ ] The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

[ ] Other:

IT IS SO ORDERED.

Date: 12/21/2020

_____
LAWRENCE J. VILARDO
U.S. DISTRICT JUDGE